WILLIAM M. KUNTZ  # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| CHARISSE LYNETTE FORD,           ) | CASE NO.: **ED CV 11-1453 PLA** |
|                                 ) | |
| Plaintiff,           ) | ORDER AWARDING |
|                                 ) | EAJA FEES |
| v.                    ) | |
|                                 ) | |
| MICHAEL J. ASTRUE,              ) | |
| Commissioner of Social Security, ) | |
|                                 ) | |
| Defendant.           ) | |
| _____ ) | |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND SIX HUNDRED DOLLARS and no/cents ($2,600.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:    November 16, 2012

_____
UNITED STATES MAGISTRATE JUDGE

1